# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

MARY LOU COUCH,

     Plaintiff,

  vs.

WALNUT GROVE RETIREMENT
COMMUNITY LLC, AND  RESORT
LIFESTYLE COMMUNITITES, INC.,

     Defendants.

**4:15CV3098**

**ORDER**

  This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned."   The undersigned judge now knows one of the parties and hereby recuses herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

  The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

  June 6, 2016.

        BY THE COURT:

        *s/ Cheryl R. Zwart*
        United States Magistrate Judge