**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| MARY LOU COUCH,<br><br>Plaintiff,<br><br>v.<br><br>WALNUT GROVE RETIREMENT COMMUNITY, LLC and RESORT LIFESTYLE COMMUNITES, INC.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) | Case No. 4:15-CV-3098<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties hereby stipulate and jointly agree that all claims in the above-captioned matter should be dismissed, with prejudice, each party to pay its own attorneys' fees and costs.

DATED: September 26, 2016

MARY LOU COUCH, Plaintiff,

/s/ Raymond R. Aranza
Raymond R. Aranza
Walentine, O'Toole, McQuallan and Gordon
11240 Davenport Street
Omaha, NE 68154
raranza@womglaw.com

WALNUT GROVE RETIREMENT COMMUNITY LLC and RESORT LIFESTYLE COMMUNITIES, INC., Defendants

/s/ Mark A. Fahleson
Mark A. Fahleson (#19807)
Tara Tesmer Paulson (#24454)
REMBOLT LUDTKE LLP
1128 Lincoln, Mall, Ste 300
Lincoln, NE 68508
(402)475-5100
mfahleson@remboltlawfirm.com
tpaulson@remboltlawfirm.com