IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY LOU COUCH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WALNUT GROVE RETIREMENT COMMUNITY, LLC and RESORT LIFESTYLE COMMUNITIES, INC.,<br><br>　　　　　Defendants. | 4:15-CV-3098<br><br>JUDGMENT |

　　　On the parties' Joint Stipulation of Dismissal (filing 33), this action is dismissed, with prejudice, each party to pay its own attorney fees and costs.

　　　Dated this 26th day of September, 2016.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　United States District Judge